UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| KARL JASON CALDWELL,<br><br>    Plaintiff,<br><br>V.<br><br>DEPUTY RON LUSTER, individually, and<br>LINCOLN COUNTY SHERIFF'S OFFICE<br><br>    Defendants. | CIVIL ACTION NO. 5:24-cv-121-KKC<br><br><br>**OPINION AND ORDER** |

\* \* \* \* \* \* \* \*

This matter is before the Court on the motion (R. 13) by Plaintiff's counsel Dan Thompson to withdraw from continuing to represent Plaintiff Karl Jason Caldwell in this matter. The motion complies with Local Rule 83.6. Accordingly, the Court will grant the motion.

The docket reflects that Shelby Jane Ponder Crawford remains Caldwell's counsel of record. However, Thompson states in his motion that Crawford is not admitted to practice before this Court. Nor has she appeared in this case since its removal or filed a motion for admission pro hac vice. Accordingly, the Court will order that she is no longer counsel of record in this action.

This leaves plaintiff unrepresented by counsel. The Court will grant him time to either find new counsel (who must enter their appearance in the record) or file a notice that he intends to proceed pro se in this action.

For all these reasons, the Court hereby ORDERS as follows:

1) Dan Thompson's motion to withdraw as counsel (R. 13) is GRANTED;

2) Dan Thompson and Shelby Jane Ponder Crawford are both terminated as Caldwell's counsel of record in this action;

3) On or before March 13, 2026, either 1) new counsel for Plaintiff Caldwell must enter an appearance in the record; or 2) Plaintiff Caldwell MUST FILE a notice of his intent to proceed pro se. Failure to comply with this order will result in dismissal of this action without prejudice; and

4) The Clerk of the Court SHALL MAIL this order to Plaintiff Caldwell at the address for him indicated in attorney Thompson's motion.

This 9th day of February, 2026.

Signed By:
*Karen K. Caldwell*
United States District Judge