**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

**KARL JASON CALDWELL,**

**Plaintiff,**

**V.**

**DEPUTY RON LUSTER, individually, and**
**LINCOLN COUNTY SHERIFF'S OFFICE**

**Defendants.**

**CIVIL ACTION NO. 5:24-cv-121-KKC**

**OPINION AND ORDER**

* * * * * * * *

This matter is before the Court on the Defendant Deputy Ron Luster's motion for summary judgment (R. 19).

Plaintiff Karl Jason Caldwell asserts he was driving a vehicle in Lincoln County when Deputy Luster activated the emergency lights in his law enforcement vehicle and began chasing him, thinking that Caldwell was a person named Arlos, who was wanted by the Lincoln County Sheriff's Office. Caldwell's complaint asserts various constitutional and state law claims against Deputy Luster and the Lincoln County Sheriff's Office.

By prior opinion, the Court dismissed all of Caldwell's claims against the Sheriff's Office and Caldwell's claims against Deputy Luster for violation of the Fourteenth Amendment to the U.S. Constitution and for abuse of public office, negligence, and gross negligence. The sole remaining claims are Caldwell's claims against Deputy Luster for excessive force in violation of the Fourth Amendment and for Assault and Battery

Deputy Luster now moves for summary judgment in his favor on both claims. Caldwell has not responded to that motion, and the deadline for doing so has long passed. Accordingly, the sole evidence relevant to Caldwell's claims against Deputy Luster is that

submitted by Deputy Luster.

Based on that evidence, the Court finds as a matter of law that 1) Caldwell's claim for excessive force against Deputy Luster is barred by *Heck v. Humphrey*, 512 U.S. 477 (1994); 2) Deputy Luster is entitled to qualified immunity on the excessive force claim; and 3) Deputy Luster is entitled to qualified immunity on Caldwell's state law claim for assault and battery.

Accordingly, for these reasons and those set forth in Deputy Luster's motion for summary judgment, the Court hereby ORDERS as follows:

1) Deputy Luster's motion for summary judgment (R. 19) is GRANTED.
2) Judgment will be entered in Deputy's Luster's favor on Caldwell's claims for excessive force under 42 U.S.C. § 1983 and for assault and battery.
3) The November 30, 2026 pretrial and December 14, 2026 jury trial dates are CANCELED.
4) The motion to stay (R. 20) filed by Deputy Luster is DENIED as moot.
5) Judgment will be entered consistent with this opinion.

* * * * *

This 2nd day of November, 2026.

**Signed By:**
***Karen K. Caldwell***
**United States District Judge**